# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Papalia , Vincent F. | United States Bankruptcy Court, District of New Jersey | 07/22/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

M.L. King Jr. Federal Bldg.
50 Walnut Street
Newark, NJ 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Ramapo College - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason Security Institute at George Mason University Antonin Scalia Law School | February 20-21, 2020 | New York, NY | Court Security Seminar | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Papalia , Vincent F.** | 07/22/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PNC | Mortgage (Rental Property #1) | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 07/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. PNC BANK ACCOUNT (cash) | A | Interest | K | T | | | | | |
| 3. RENTAL PROPERTY #1 SEASIDE PARK, NJ | D | Rent | N | R | | | | | |
| 4. Account #1 (H) | | | | | | | | | |
| 5. AT&T (T) | A | Dividend | J | T | | | | | |
| 6. ALTRIA GROUP (MO) | A | Dividend | J | T | | | | | |
| 7. AXA-ADR (AXAHY) | | None | | | Sold | 01/28/20 | J | A | |
| 8. BRISTOL MYERS SQUIBB (BMY) | A | Dividend | J | T | | | | | |
| 9. CATERPILLAR (CAT) | A | Dividend | K | T | | | | | |
| 10. FORD MOTOR COMPANY (F) | A | Dividend | J | T | | | | | |
| 11. GENERAL ELECTRIC CO (GE) | A | Dividend | J | T | Buy | 01/28/20 | J | | |
| 12. GILEAD SCIENCES INC NEW (GILD) | A | Dividend | J | T | | | | | |
| 13. HOME DEPOT (HD) | A | Dividend | K | T | | | | | |
| 14. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 15. KINDER MORGAN INC (KMI) | A | Dividend | J | T | | | | | |
| 16. MERCK & CO (MRK) | A | Dividend | K | T | | | | | |
| 17. PFIZER INC (PFE) | | None | J | T | Buy | 12/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 07/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   PHILIP MORRIS (PM) | A | Dividend | J | T | | | | | |
| 19.   PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 20.   VALLEY NATIONAL (VLY) | A | Dividend | J | T | Buy<br>(add'l) | 05/28/20 | J | | |
| 21.   VERIZON COMMUNICATIONS (VZ) | A | Dividend | J | T | Sold<br>(part) | 12/10/20 | J | A | |
| 22.   WEYERHAEUSER CO (WY) | A | Dividend | J | T | | | | | |
| 23.   SUBURBAN PROPANE (SPH) | A | Distribution | J | T | | | | | |
| 24.   Account #2 (H) | | | | | | | | | |
| 25.   FIRST TRUST DORSEY WRIGHT (FV) | | None | | | Sold | 03/03/20 | K | B | |
| 26.   ISHARES CORE S&P MID CAP (IJH) | A | Dividend | K | T | Buy | 03/03/20 | K | | |
| 27.   ISHARES CORE S&P (IJR) | A | Dividend | J | T | | | | | |
| 28.   ISHARES CORE S&P 500 ETF (IVV) | A | Dividend | L | T | Sold<br>(part) | 03/03/20 | J | A | |
| 29.   FIRST TR EXCHANGE TRADED<br>ALPHADEX EMERGING MKTS SM CAP<br>ALPHADEX (FEMS) | | None | | | Sold | 03/03/20 | J | | |
| 30.   VANGUARD FTSE DEVELOPED (VEA) | A | Dividend | K | T | Buy<br>(add'l) | 03/03/20 | J | | |
| 31.   VANGUARD FTSE EMERGING<br>MARKETS (VWO) | A | Dividend | J | T | Buy | 03/03/20 | J | | |
| 32.   VANGUARD TOTAL INTERNATIONAL<br>ETF (BNDX) | A | Dividend | J | T | Sold<br>(part) | 03/03/20 | J | A | |
| 33.   ISHARES JP MORGAN USD (EMB) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 07/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. DBX ETF TRUST XTRACKERS USD HIGH YIELD (HYLB) | A | Dividend | J | T | Buy | 03/03/20 | J | | |
| 35. SCHWAB STRATEGIC TR INTERMEDIATE-TERM US TREASURY (SCHR) | A | Dividend | J | T | Buy | 03/03/20 | J | | |
| 36. VANGUARD INTERMEDIATE TERM CORPORATE BOND ETF (VCIT) | A | Dividend | J | T | Buy | 03/03/20 | J | | |
| 37. SANTANDER BK NATL ASSN (80280JTGH4) | A | Interest | | | Buy | 03/10/20 | J | | |
| 38. | | | | | Redeemed | 06/18/20 | J | | |
| 39. FIRST TRUST ENHANCE SHORT MATURITY (FTSM) | A | Dividend | | | Sold | 03/03/20 | J | A | |
| 40. ISHARES CORE (GOVT) | A | Dividend | | | Sold | 03/03/20 | J | A | |
| 41. FIRST TRUST FUND IV TACTICAL HIGH YIELD (HYLS) | A | Dividend | | | Sold | 03/03/20 | J | | |
| 42. ISHARES IBOXX $ INVESTMENT (LQD) | A | Dividend | | | Sold | 03/03/20 | J | B | |
| 43. MORGAN STANLEY PVT BK C/D (61760AWY1) | A | Interest | | | Redeemed | 03/06/20 | J | A | |
| 44. Account #3 (H) | | | | | | | | | |
| 45. RBC BRANCH SWEEP PROGRAM - MONEY MARKET (cash) (Y) | | | | | | | | | |
| 46. BLACKROCK HEALTH SCIENCES OPPORTUNITIES PORT INSTL CL (SHSSX) | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 47. FEDERATED STRATEGIC VALUE RECORD (SVAIX) | B | Dividend | K | T | Buy (add'l) | 03/10/20 | J | | |
| 48. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 49. FUNDVANTAGE TR POLEN GROWTH FD INTSTL (POLIX) | A | Dividend | L | T | Buy (add'l) | 03/10/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 07/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 50. AMERICAN FUNDS, WASHINGTON MUTUAL INV FUND (WMFFX) | B | Dividend | K | T | Buy (add'l) | 03/10/20 | J | | |
| 51. SANTANDER BK NATL ASSN (80280JTGH4) | A | Interest | | | Buy | 03/10/20 | J | | |
| 52. | | | | | Redeemed | 06/18/20 | J | A | |
| 53. MORGAN STANLEY PVT BK C/D (61760AWY1) | A | Dividend | | | Redeemed | 03/06/20 | K | A | |
| 54. FIDELITY ADVISOR STRATEGIC RECORD (FSIDX) | B | Dividend | K | T | | | | | |
| 55. Account #4 (H) | | | | | | | | | |
| 56. FIDELITY GOVT MONEY MKT CAP RESERVES (FZAXX) (cash) | A | Dividend | J | T | | | | | |
| 57. AMERICAN FUNDS, AMERICAN BALANCED FUND F2 (AMBFX) | C | Dividend | L | T | Buy (add'l) | 01/07/20 | K | | |
| 58. | | | | | Sold (part) | 05/18/20 | J | | |
| 59. JPMORGAN HEDGED EQUITY CL I (JHEQX) | A | Dividend | K | T | Sold | 05/15/20 | K | | |
| 60. | | | | | Buy | 10/20/20 | K | | |
| 61. LORD ABBETT GROWTH LEADERS FUND F (LGLFX) | | None | | | Sold | 05/15/20 | K | | |
| 62. T ROWE PRICE CAP APPRECIATION (PRWCX) | D | Dividend | M | T | Buy (add'l) | 01/06/20 | K | | |
| 63. | | | | | Sold (part) | 05/15/20 | J | | |
| 64. VANGUARD BALANCED INDEX ADMIRAL (VBIAX) | | None | | | Sold | 01/06/20 | K | | |
| 65. VANGUARD HEALTH CARE ADMIRAL (VGHAX) | C | Dividend | K | T | Buy (add'l) | 07/31/20 | J | | |
| 66. PIMCO INVMT GRADE CREDIT BD FD INST (PIGIX) | A | Dividend | L | T | Buy | 07/31/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 07/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 67. | T ROWE PRICE ULTRA SHORT TERM BD INVEST (TRBUX) | A | Dividend | K | T | Buy | 06/02/20 | K | | |
| 68. | PIMCO INCOME FUND INSTITUTIONAL FUND (PIMIX) | B | Dividend | | | Sold | 07/31/20 | K | | |
| 69. | Account #5 (H) | | | | | | | | | |
| 70. | T ROWE PRICE CAP APPRECIATION (PRWCX) (X) | A | Dividend | J | T | | | | | |
| 71. | Account #6 (H) | | | | | | | | | |
| 72. | TIAA CREF MONEY MARKET R3 | A | Int./Div. | K | T | | | | | |
| 73. | Account #7 (H) | | | | | | | | | |
| 74. | TIAA CREF MONEY MARKET R3 | A | Int./Div. | J | T | | | | | |
| 75. | TIAA STABLE VALUE FUND | A | Int./Div. | L | T | | | | | |
| 76. | Account #8 (H) | | | | | | | | | |
| 77. | FIDELITY GOVT MONEY MKT CAP. RESERVES (cash) (Y) | | | | | | | | | |
| 78. | EVERSOURCE ENERGY COM (ES) | A | Dividend | J | T | Sold (part) | 05/18/20 | J | | |
| 79. | PUBLIC SERVICE ENTERPRISE GROUP (PEG) | A | Dividend | K | T | Sold (part) | 05/18/20 | J | | |
| 80. | BLACKROCK 20/80 TARGET ALLOC INSTL (BICPX) | | None | K | T | Buy | 07/31/20 | K | | |
| 81. | T ROWE PRICE CAP APPREC (PRWCX) | C | Dividend | K | T | | | | | |
| 82. | BLACKROCK MULTI ASSET INCOME INSTL (BIICX) | A | Dividend | | | Sold (part) | 05/15/20 | J | | |
| 83. | | | | | | Sold | 07/31/20 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 07/22/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 84.   T ROWE PRICE ULTRA SHORT TERM 80 INVEST (TRBUX) | A | Dividend | K | T | Buy | 06/02/20 | J | | |
| 85.   Account #9 (H) | | | | | | | | | |
| 86.   FIDELITY GOVT. MONEY MKT CAP. RESERVES (FZAXX) | A | Dividend | J | T | | | | | |
| 87.   AMERICAN BALANCED FUND F2 (AMBFX) | B | Dividend | L | T | | | | | |
| 88.   JPMORGAN HEDGED EQUITY CLASS I (JHEQX) | A | Dividend | K | T | Buy | 10/15/20 | K | | |
| 89.   T ROWE PRICE CAP APPREC (PRWCX) | C | Dividend | K | T | Buy (add'l) | 01/03/20 | K | | |
| 90. | | | | | Sold (part) | 05/14/20 | J | | |
| 91.   AMERICAN TAX EXEMPT BOND OF AMERICAN FZ (TEAFX) | A | Dividend | K | T | Buy | 10/16/20 | K | | |
| 92.   BLACKROCK STRATEGIC MUNI OPPORTUNITIES (MAMTX) | A | Dividend | | | Sold | 01/03/20 | J | | |
| 93.   MFS MUNICIPAL HIGH INC FD I (MMIIX) | A | Dividend | | | Sold | 01/06/20 | J | | |
| 94.   PIMCO INCOME FUND A (PIMIX) | B | Dividend | K | T | Sold (part) | 01/10/20 | J | | |
| 95.   T ROWE PRICE ULTRA SHORT TERM 80 INVEST (TRBUX) | A | Dividend | J | T | Buy | 06/02/20 | K | | |
| 96. | | | | | Sold (part) | 10/15/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Papalia , Vincent F. | 07/22/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3: Purchased March 2005 for $590,000 (1/2 interest).

Parenthetical numbers in Part VII are CUSIP numbers.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vincent F. Papalia**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544